PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| RONALD W. SCHMID, *et al.*, ) | |
| ) | CASE NO. 5:19-CV-1663 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ANTHONY BUI, *et al.*, ) | |
| ) | **CONSENT TO PROCEED** |
| Defendants. ) | **WITH JURY TRIAL** |

     I am aware of the Cornoavirus (COVID-19) pandemic and the risks it presents to me and the community;

     I am aware of the Northern District of Ohio's current General Order concerning its COVID-19 Phased-In Recovery Plan. I have read and understand the General Order;

     I understand that, because of the COVID-19 pandemic, typical jury trial procedures have been impacted. I have received a copy of, and have read, the pertinent aspects of the Court's "Jury Trial Protocols - COVID-19 Pandemic" guide;[1]

     I will abide by all safety protocols listed in the General Order and "Jury Trial Protocols - COVID-19 Pandemic" guide, and any other Trial Orders issued by the Court; and

     I consent to move forward with a jury trial in this matter.

---

[1] The "Jury Trial Protocols - COVID-19 Pandemic" guide is located on the Court's web site at: https://www.ohnd.uscourts.gov under "Jury Trial Protocols."

(5:19-CV-1663)

By signing below, I acknowledge that I have read and understood this Consent and enter it voluntarily and of my own free will.

Date: 9-8.2b

_____
Plaintiff

Date: _____

_____
Plaintiff

Date: 9/5/20

_____
Counsel for Plaintiff

Date: 9/4/20

_____
Counsel for Plaintiff

Date: _____

_____
Counsel for Plaintiff

Date: _____

_____
Defendant

Date: _____

_____
Representative for Corporate Defendant

Date: _____

_____
Counsel for Defendants

Date: _____

_____
Representative for Corporate Intervenor

Date: _____

_____
Counsel for Intervenor

Date: _____

_____
Counsel for Intervenor

APPROVED:

_____
Date

_____
Benita Y. Pearson
United States District Judge

2