Approved.
/s/ *Benita Y. Pearson* on 3/8/2021
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD W. SCHMID, et al., | ) | CASE NO. 5:19-cv-01663-BYP |
| | ) | |
| Plaintiffs | ) | JUDGE BENITA PEARSON |
| | ) | |
| vs. | ) | |
| | ) | **JOINT STIPULATION AND ORDER FOR** |
| ANTHONY BUI, et al., | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |

Now come the parties, by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

/s/ Andrew D. Jamison

By: _____

Andrew D. Jamison (0069679)
**REMINGER CO., L.P.A.**
400 Courtyard Square
80 South Summit Street
Akron, Ohio 44308
(330) 434-6009
ajamison@reminger.com
*Attorney for Defendants, Anthony Bui and*
*SJ Transportation Co., Inc.*


/s/ Robert J. King, Jr. (per email consent 3/8/21)

By: _____

Robert J. King, Jr.
Mathew R. Korte
**CIRESI CONLIN LLP**
225 South Sixth Street, Suite 4600
Minneapolis, Minnesota 55402
(612) 631-8200
RJK@CiresiConlin.com
*Attorneys for Plaintiffs*